Certificate Number: 05781-ARE-DE-041512709

Bankruptcy Case Number: 21-12744

05781-ARE-DE-041512709

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2026, at 7:35 o'clock PM PDT, Eddie Hall Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: October 1, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President